

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00552-CV |
| Style: | Maribel Ambriz Martinez, Guadalupe Mota, Rosa Nelly Trevino |
| | **v** Alfredo Gonzalez |
| Date motion filed*: | September 11, 2015 |
| Type of motion: | Joint motion to abate appeal |
| Party filing motion: | Appellants Maribel Ambriz Martinez, Guadalupe Mota, and Rosa Nelly Trevino with Appellee Alfredo Gonzalez |
| Document to be filed: | n/a |

If motion to extend time:

Deadline to file document: _____

Number of previous extensions granted: _____

Length of extension sought: _____

Ordered that motion is:

☐ Granted
   If document is to be filed, document due:

   ☐ The Clerk is instructed to file the document as of the date of this order
   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

**The joint motion to abate this appeal is denied. The parties are ordered to file with the court a status update, due 30 days from the date of this order.**

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually

Date: September 17, 2015

November 7, 2008 Revision